UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FASTSERVERS, INC., d/b/a FASTSERVERS.NET, an Iowa Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EFASTSERVERS.COM,<br><br>    Defendant. | Case No. C07-1117JLR<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANT EFASTSERVERS.COM and on behalf of PLAINTIFF in the amount of $11,382.55.

Dated this ___17th___ day of DECEMBER, 2007 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1